| | |
|---|---|
| **No. 15-1239** | **September Term, 2023** |
| | **EPA-80FR33840** |
| | **Filed On: March 1, 2024** [2043031] |

Environmental Committee of the Florida
Electric Power Coordinating Group, Inc.,

      Petitioner

      v.

Environmental Protection Agency and
Michael S. Regan,

      Respondents

------------------------------

Citizens for Environmental Justice, et al.,
              Intervenors

------------------------------

Consolidated with 15-1256, 15-1265,
15-1267, 15-1268, 15-1270, 15-1271,
15-1272

# O R D E R

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk